UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WOMANCARE OF ORLANDO, INC.; WOMANCARE
OF DAYTONA, INC.; RALPH L. BUNDY, M.D.;
PLANNED PARENTHOOD OF SOUTHWEST AND
CENTRAL FLORIDA, INC.; A JACKSONVILLE
WOMEN'S HEALTH CENTER, INC.; and EDWARD
R. WATSON, M.D.,

    Plaintiffs,

v.                                                                                          4:05cv222-WS

JOHN O. AGWUNOBI, in his official capacity as
Secretary of the Florida Department of Health,

    Defendant.

_____

### ORDER GRANTING THE HONORABLE ALLAN G. BENSE'S MOTION FOR PERMISSIVE INTERVENTION

The Honorable Allan G. Bense, in his official capacity as the Speaker of the Florida House of Representatives, moves to intervene as a defendant in this action. Doc. 22. All parties having consented to the motion, it is ORDERED:

The Honorable Allan G. Bense's motion to intervene (doc. 22) is GRANTED.

DONE AND ORDERED this July 5, 2005.

                                                  /s William Stafford
                                                 WILLIAM STAFFORD
                                                 SENIOR UNITED STATES DISTRICT JUDGE