UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WOMANCARE OF ORLANDO, INC.; WOMANCARE
OF DAYTONA, INC.; RALPH L. BUNDY, M.D.;
PLANNED PARENTHOOD OF SOUTHWEST AND
CENTRAL FLORIDA, INC.; A JACKSONVILLE
WOMEN'S HEALTH CENTER, INC.; and EDWARD
R. WATSON, M.D.,

    Plaintiffs,

v.                    4:05cv222-WS

JOHN O. AGWUNOBI, in his official capacity as
Secretary of the Florida Department of Health,

    Defendant.

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Before the court is the plaintiffs' request (doc. 35) for an extension of time to respond to the intervenor's motion for clarification. The plaintiffs have advised the court that opposing counsel have no objection to the requested extension.

Accordingly, it is ORDERED:

1. The plaintiffs' request (doc. 35) for an extension of time is GRANTED.

2. The plaintiffs shall have until August 19, 2005, to respond to the intervenor's motion for clarification.

DONE AND ORDERED this August 1, 2005.

        /s William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE