UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WOMANCARE OF ORLANDO, INC.; WOMANCARE
OF DAYTONA, INC.; RALPH L. BUNDY, M.D.;
PLANNED PARENTHOOD OF SOUTHWEST AND
CENTRAL FLORIDA, INC.; A JACKSONVILLE
WOMEN'S HEALTH CENTER, INC.; and EDWARD
R. WATSON, M.D.,

      Plaintiffs,

v.                                                                                            4:05cv222-WS

JOHN O. AGWUNOBI, in his official capacity as
Secretary of the Florida Department of Health,

      Defendant.

_____

ORDER GRANTING PLAINTIFFS' MOTION
TO STAY THE PROCEEDINGS

Before the court are the plaintiffs' motion to stay proceedings (doc. 50) and the plaintiffs' motion to expedite consideration of their motion to stay (doc. 51). There being no objection to the motions, it is ORDERED:

1. The plaintiffs' motion to stay proceedings (doc. 50) is GRANTED, and the proceedings are STAYED pending issuance by the Florida Supreme Court of final rules governing petitions for judicial waiver of the parental notice requirement.

2. The plaintiffs' motion (doc. 51) for expedited consideration is GRANTED.

DONE AND ORDERED this March 3, 2006.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE